JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Suruchi BAJAJ & Debabrata KABIRAJ,<br><br>      Plaintiffs,<br><br>      v.<br><br>UNITED STATES CITIZENSHIP & IMMIGRATION SERVICES (USCIS), *et al.*,<br><br>      Defendants. | No. 2:21-cv-02749-SVW-SKx<br><br>**Order Granting Stipulation to Stay Action Due to Lapse in Statutory Authority Related to EB-5 Immigrant Investor Program** |

Having considered the parties' Stipulation to Stay Action Due to Lapses in Statutory Authority Related to EB-5 Immigrant Investor Program, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. This case is stayed pending the reauthorization of the EB-5 program.

2. The parties shall file a joint status report promptly upon reauthorization of the EB-5 Program or within ninety (90) days, whichever is shorter. Should Congress renew the statutory authorization related to the EB-5 Immigrant Investor Regional Program prior to the joint status report deadline in 90 days, the parties shall promptly notify the Court and submit a joint status report with a proposed deadline for Defendants to respond to the Complaint.

The case is moved to the inactive calendar. Counsel shall notify the Court, in writing, when the case should be restored to the active calendar.

Dated: July 26, 2021

_____
HON. STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE

Presented by,

TRACY L. WILKISON
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Section

   /s/ Daniel A. Beck
Assistant United States Attorney

Attorneys for Defendants